Frank B. Schmedeke, Plaintiff-Appellee, v. Wabash Railroad Company, Defendant-Appellant.

Gen. No. 9,873. ■■■■■■■■

Hogan & Coale, for appellant; Hershey & Bliss, for appellee. Opinion by PRESIDING JUSTICE WHEAT. Not to be published in full. Opinion filed June 1, 1953; released for publication June 17, 1953.